U.S. COURT OF APPEALS FOR THE
SECOND CIRCUIT
---------------------------------------------------X

OLIVET UNIVERSITY,

        Plaintiff-Appellant,

    v.                                        **Supplemental Briefing**

NEWSWEEK DIGITAL LLC,        **Case No. 24-1473**
NEWSWEEK LLC, NEWSWEEK
MAGAZINE LLC, NEWSWEEK
PUBLISHING LLC, NW DIGITAL LLC,
NW MAGAZINE LLC, NW MEDIA
HOLDINGS CORP., NAVEED JAMALI,

        Defendants-Appellees.

---------------------------------------------------X

## **INTRODUCTION**

In this defamation case, the CEO of secular media outlet Newsweek expressly stated that he would release a media "nuclear bomb" onto a specific target: Olivet University. This CEO, Dev Pragad, explicitly claimed he had the power to do so, boasting about the alibi he would use to cover his tracks: "I'll be seen as protecting Newsweek from a potentially dodgy religious group with criminal [past]." He executed on his deranged mission, publishing what now amounts to a series of 18 articles alleging Olivet, a private, Christian university that has the vision to train missionaries and pastors to preach and plant churches in all nations—including in developing

1

countries and places that are hostile to Christianity—committed a host of far-fetched crimes. These false statements by Newsweek range from claims that Olivet participated in human trafficking to visa fraud to fentanyl trafficking. This Court should not forgo its jurisdiction, thus enabling Newsweek's campaign of terror against a legitimate institution of higher learning, but should instead find that it does, indeed, maintain jurisdiction over this defamation case, for the sake of thousands of current students and alumni eagerly awaiting the Court's decision and justice.

## ARGUMENT

Olivet intends to seek to amend its jurisdictional allegations in this Court under 28 U.S.C. § 1653 to include more information about the Court's diversity jurisdiction over this matter. At the lower court level, the complaint was brought by Olivet's prior counsel. Nevertheless, as Olivet's counsel for the appeal, Anderson & Associates guided Olivet to include more specific information about the amount in controversy. In Olivet's appellant brief, Olivet stated,

> the matter in controversy exceeds $75,000 and the action is between citizens of different states. There is complete diversity among the parties because Plaintiff-Appellant Olivet University is a religious nonprofit corporation organized under the laws of the State of California with its principal place of business in Anza, California, and each defendant is a citizen and domiciliary of the State of New York.

Appellant Brief at 1. Olivet unpacked this by stating about the then 17, now 18, defamatory Newsweek articles:[1]

> The articles were frequently elevated to the top national news spots on the Newsweek homepage for promotion in front of its claimed 100 million

---

[1] On the eve of one of the most significant election days in modern American history, Newsweek had its Congressional Correspondent work on another article about Olivet instead of having him cover the election, while elevating the Olivet article on its homepage above critical election coverage.

2

>readers. These articles were also repeatedly email-blasted to Newsweek subscribers. Evidence indicates that the promotion of a paid publicity campaign of this magnitude to Newsweek's claimed 100 million readers would set an advertiser back at least $1,000,000. This number, combined with $9,000,000 in punitive damages, provides a good estimate of the magnitude of the damages caused by Newsweek's malicious reporting campaign against Olivet.

Appellant Brief at 33-34. The $10,000,000 number was not plucked from out of the blue. Olivet has obtained media kits sent to potential advertisers by Newsweek indicating that ad campaigns of a proportionate scale to the level of Newsweek's attack campaign on Olivet would easily cost an advertiser this much. It is a commonly known fact that a single magazine ad can run as much as $250,000 to $500,000, to say nothing of the value of the targeted email blasts and homepage promotions which Newsweek used to advance its campaign against Olivet.[2] Newsweek's malicious and unprecedented attacks on Olivet warrant drastic punitive damages to discourage this type of brazen activity by Newsweek and other media outlets, especially as media distrust continues to plummet, reaching historic lows.[3]

These allegations align with other defamation cases Newsweek or its staff are facing. In Florida, Newsweek's Congressional Correspondent faces a $10,000,000 defamation action. *Olivet University v. Alex Rouhandeh*, No. 8:24-CV-00771-SDM-UAM (M.D. Fla.). Although that case has been pending for approximately eight months,

---

[2] *The Cost of Print Advertising: a Guide for Managers*, Indeed (October 31, 2024), https://www.indeed.com/hire/c/info/cost-of-print-advertising#:~:text=Billboards-,Magazine,it's%20at%20the%20publisher's%20discretion.; Xander Becket, *The Cost of Advertising Nationally Broken Down by Medium* (last accessed November 11, 2024) https://www.webfx.com/blog/business-advice/the-cost-of-advertising-nationally-broken-down-by-medium/.

[3] Sara Fischer, *Americans' trust in media plummets to historic low: poll*, Axios (October 24, 2023), https://www.axios.com/2023/10/24/americans-trust-in-media-plummets-to-historic-low-poll; Megan Brenan, *Americans' Trust in Media Remains at Trend Low*, Gallup (October 14, 2024) https://news.gallup.com/poll/651977/americans-trust-media-remains-trend-low.aspx.

never has the Defendant claimed that diversity jurisdiction does not exist. Although the Defendant, Alex Rouhandeh, has been afforded ample opportunity to file multiple motions to dismiss in that case, the defense never once advanced the argument that diversity jurisdiction did not exist—neither on the basis of the amount in controversy, nor on the basis of the citizenship of the parties. Furthermore, Newsweek has also been sued for defamation by The Satanic Temple in the Southern District of New York. *The Satanic Temple, Inc. v. Newsweek Magazine LLC, et al*, No. 1:22-CV-01343-MKV-SLC (S.D.N.Y.). In that case, the Southern District rejected Newsweek's motion to dismiss, in which the amount in controversy was claimed on nearly the same theory that Olivet submits here.

Olivet plans to amend pursuant to 28 U.S.C. § 1653 based on the factual reality that the court retains diversity jurisdiction over this matter. Olivet also plans to seek leave from the Southern District to amend the lower court complaint to better align this complaint with the allegations of over 100 defamatory statements made by Newsweek editorial team members in the Florida case. These egregious statements falsely link Olivet to fentanyl trafficking, falsely claim a student had to "escape" its campus, and falsely claim Olivet "tortured" somebody, while elevating Olivet news as a matter of so-called "national security." Many more outrageous claims were made over the course of Newsweek's two year media campaign against Olivet.[4] Every one of these claims came after Newsweek's CEO explicitly threatened to drop a media "nuclear bomb" on Olivet, while he arrogantly gloated that he would never be held accountable for such

---

[4] The full extent of the claims are outlined in the appellant brief for the present case, and in the amended complaint for the Florida case.

4

actions. The amended complaint will also allege that Newsweek's CEO colluded with Sophia Yu, the key source in an attack video against Olivet produced by a media outlet that is suspected of harboring sympathies for the North Korean dictatorship. The defamatory video has been repeatedly taken down from Youtube and Vimeo due to hate speech violations. It is incredibly startling that Newsweek has carried video content at the top of its Olivet news articles that was thrown out elsewhere on the internet as hate speech.

Finally, Newsweek Digital LLC is a New York citizen. It is listed as "Active" as a "Domestic" Limited Liability Company in the New York Department of State Division of Corporations public database. According to Newsweek's Corporate Disclosure Statement, it is wholly owned by NW Media Holdings Corp. Appellee Brief at i. NW Media Holdings Corp. is also listed as "Active" as a "Domestic" Business Corporation in the same New York state database. Meanwhile, Olivet University is a California citizen. Newsweek does not dispute this, nor does it dispute that Olivet claims significant damages, far exceeding $75,000, in this matter. *See* Appellee Supplemental Brief at 1 ("Newsweek maintains that this Court has subject matter jurisdiction over this case because there is complete diversity of citizenship between the parties, and there is a reasonable probability that Plaintiff-Appellant Olivet University… is seeking more than $75,000 in damages.").

## **CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that this Court find it has diversity jurisdiction to hear this case.

5

Respectfully submitted,

*/s/ Yen-Yi Anderson*

Yen-Yi Anderson
Anderson and Associates
61 Broadway, Suite 2809
New York, NY 10006
(646) 452-9982
y.anderson@aalawpc.com

6

## CERTIFICATE OF SERVICE

I certify that on November 12, 2024, the foregoing document was forwarded via the Court's CM/ECF Document Filing System to the following parties/counsel:

| Appellees: | Counsel for Appellees: |
|---|---|
| NEWSWEEK DIGITAL LLC, NEWSWEEK LLC, NEWSWEEK MAGAZINE LLC, NEWSWEEK PUBLISHING LLC, NW DIGITAL LLC, NW MAGAZINE LLC, NW MEDIA HOLDINGS CORP., NAVEED JAMALI | Cameron Stracher of Cameron Stracher, PLLC, New York, NY |
| NEWSWEEK DIGITAL LLC, NEWSWEEK LLC, NEWSWEEK MAGAZINE LLC, NEWSWEEK PUBLISHING LLC, NW DIGITAL LLC, NW MAGAZINE LLC, NW MEDIA HOLDINGS CORP., NAVEED JAMALI | Sara Tesoriero of Cameron Stracher, PLLC, New York, NY |

*/s/ Yen-Yi Anderson*

7